

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00551-CV

In the **INTEREST OF A.M.F**. and J.P., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02295
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order signed July 16, 2013, terminating the parental rights of Oscar Mata is AFFIRMED. No costs are assessed against appellant because he is indigent.

SIGNED December 11, 2013.

_____
Luz Elena D. Chapa, Justice